UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No.: 0:21-cv-00796-KMM-ECW |

## **STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Azurity Pharmaceuticals, Inc. ("Azurity") and Defendant ANI Pharmaceuticals, Inc. ("ANI"), the parties in the above-captioned action, hereby stipulate and agree as follows:

1. All claims, defenses, and counterclaims asserted in the above-captioned action are hereby dismissed without prejudice.

2. Azurity and ANI shall bear their own fees and costs in connection with the above-captioned action.

SO STIPULATED:

Dated: February 17, 2022

| | |
|---|---|
| *s/ Donna Reuter* | */s/ Samuel T. Lockner* |
| Shannon L. Bjorklund (#0389932) | Samuel T. Lockner (#0341095) |
| bjorklund.shannon@dorsey.com | slockner@carlsoncaspers.com |
| Donna Reuter (#0400572) | CARLSON CASPERS |
| reuter.donna@dorsey.com | VANDENBURGH & LINDQUIST, PA. |
| DORSEY & WHITNEY LLP | 225 South Sixth Street |
| 50 South Sixth Street, Suite 1500 | Minneapolis, MN 55402 |
| Minneapolis, MN 55402 | Telephone: (612) 436-9600 |
| Telephone: (612) 340-2600 | Facsimile: (612) 436-9605 |
| Facsimile: (612) 340-2868 | |
| | |
| *Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.* | *Attorney for Defendant ANI Pharmaceuticals, Inc.* |